# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

SHARIF SANDIFORD,

      Plaintiff,

v.                                    Case No.   3:21-cv-552-MMH-MCR

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 15; Stipulation) filed on September 22, 2021.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.   This case is **DISMISSED with prejudice**.

2.   Each party shall bear its own attorneys' fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions

and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of

September, 2021.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record